IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORINA CUNNINGHAM,<br><br>    Petitioner,<br><br>  v.<br><br>RANDY TEWS, Warden,<br><br>    Respondent.<br>_____/ | No. C 09-4950 CW (PR)<br><br>JUDGMENT |

    For the reasons discussed in the Court's Order of today's date, a judgment denying the petition without prejudice is hereby entered.  The Clerk of the Court shall close the file.

    IT IS SO ORDERED.

Dated: 9/12/2011

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

CORINA CUNNINGHAM,

    Plaintiff,

v.

PAUL COPENHAVER et al,

    Defendant.

Case Number: CV09-04950 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 12, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Corina Cunningham Reg. No. 15248-006
Satellite Prison Camp
5675 8th Street - Camp Parks
Dublin, CA 94568

Dated: September 12, 2011

Richard W. Wieking, Clerk
By: Nikki Riley, Deputy Clerk